USAO F.# 2005R01340

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JOHN DOE,

                Defendant.

- - - - - - - - - - - - - - - - -X

**SEALED NOTICE OF MOTION**

Crim. No. _____

      PLEASE TAKE NOTICE that the government will move this Court for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           July 19, 2005

                                ROSLYNN R. MAUSKOPF
                                United States Attorney
                                Eastern District of New York
                                One Pierrepont Plaza
                                Brooklyn, New York 11201

                        By:    _____
                                Carolyn Pokorny
                                Assistant U.S. Attorney
                                (718) 254-6291

cc:  Michael Schneider, Esq., Legal Aid Society, FDD