

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

*In re* Letter of Request for International )
Judicial Assistance from the High Court of ) Miscellaneous Action
Feldkirch, Austria; Matter of Mr. Alan Berkun, ) MISC. 05-176
83 Arnold Court, East Rockaway, New York ) BLOCK, J.
11518, Witness )
)

## ORDER

Petition having been made to this Court by the High Court of Feldkirch, Austria, through the application of the United States Attorney for the Eastern District of New York, to process a letter of request for international judicial assistance issued by the requesting Court under the Hague Convention on the Taking of Evidence Abroad of March 18, 1970, TIAS 7444, 23 UST 2555, which is currently in force between the United States of America and the Republic of Austria, to the end of having the witness, Mr. Alan Berkun, said to reside within the jurisdiction of this Court at 83 Arnold Court, East Rockaway, New York 11518, appear and give testimony as set forth in the letter of request, for use in a judicial proceeding in Austria, and the Court having read the letter of request from the Austrian Court and being fully informed in the premises, it is hereby

ORDERED, that pursuant to the authority granted to this Court by 28 U.S.C. § 1782 (1994), Frank Amanat, Assistant United States Attorney for the Eastern District of New York, is hereby appointed Commissioner to take all necessary steps to obtain the testimony of Mr. Alan Berkun in conformity with the letter of request, including the issuance of appropriate subpoenas; to certify the answers given by Mr. Alan Berkun in response thereto and/or the transcript of the testimony given by the witness; to submit said certified answers or such certified transcript to the United States Attorney for the Eastern District of New York for transmission to the United States Department of

Justice for transmission to the Austrian court; and to do all else that may be necessary for the accomplishment of the purpose of this Order.

Dated: __7/19/__, 2005

_____
HONORABLE
United States District Judge